# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Anthony B. Cistrunk,   Civil No. 08-2203 (DWF/RLE)

      Plaintiff,

v.   **ORDER**

W. Johnson, M. Orn, D. Baker,
and E. Alexander,

      Defendants.

---

Anthony B. Cistrunk, *Pro Se*, Plaintiff.

David W. Fuller, Assistant United States Attorney, United States Attorney's Office, counsel for Defendants.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. The Plaintiff's Complaint is **DISMISSED**, pursuant to Title 28 U.S.C. §1915A(b), Title 42 U.S.C. §1997e(c)(1), and Title 28 U.S.C. §1915(e)(2)(B)(ii), but **WITHOUT PREJUDICE**.

2. The Defendants' Motion to Dismiss, or for Summary Judgment (Doc. No. 15) is **DENIED, AS MOOT**.

Dated:  August 31, 2009         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge